document by means of the Court's electronic filing system.