IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FORD MOTOR COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 99-121<br>(Judge Merow) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated January 19, 2005, the parties, Ford Motor Company and the United States, respectfully submit this joint status report.

Ford has produced documents and other information relating to its claim for damages for review by the Defense Contract Audit Agency ("DCAA"), and has made available several individuals to respond to questions from DCAA. Although some disagreements currently exist regarding the sufficiency of this information, the parties are in agreement that DCAA should be afforded additional time to complete its review. Therefore, we respectfully request that the Court permit the parties to file an additional joint status report on or before May 23, 2005.

Respectfully submitted,

s/Charles J. Cooper
Charles J. Cooper
Vincent J. Colatriano
Michael Kirk
Cooper & Kirk, PLLC
Suite 200
1500 K Street, N.W.
Washington, D.C. 20005
Phone: 202-220-9600
Fax: 202-220-9601

PETER D. KEISLER
Assistant Attorney General

s/
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

April 22, 2005

CERTIFICATE OF FILING

I certify that on April 22, 2005, I filed the attached document by means of the Court's electronic filing system. Opposing counsel and others may access the filing through the Court's system.

s/Kyle Chadwick