# In the United States Court of Federal Claims

No. 99-121C
(Filed April 22, 2005)

*************************
FORD MOTOR COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************

**ORDER**

On April 22, 2005, parties' Joint Status Reports (document Nos. 62 & 63) were filed. Parties, in the corrected joint status report [63] request leave to file an additional joint status report on or before May 23, 2005.

Accordingly, it is **ORDERED** that parties shall file an additional joint status report on or before May 23, 2005.

s/ James F. Merow
James F. Merow
Senior Judge