IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FORD MOTOR COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 99-121<br>(Judge Merow) |

DEFENDANT'S UNOPPOSED MOTION FOR ONE-DAY ENLARGEMENT OF TIME

Pursuant to Rules 6 and 6.1 of the Court's Rules, defendant, the United States, respectfully requests an enlargement of time of one day, to and including May 24, 2005, for the parties to submit their joint status report in accordance with the Court's order dated April 22, 2005. Vincent Colatriano, counsel for Ford Motor Company, states that Ford does not oppose this request. The additional day is requested in order for the parties to discuss a timetable for the Government to complete its review in accordance with ordering paragraph 1(c) of the Court's order dated January 19, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/
DAVID M. COHEN
Director

OF COUNSEL:

JOHN LAURO
Attorney
Air Force Legal Services
Agency
Arlington, VA

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

May 23, 2005

CERTIFICATE OF FILING

I certify that on May 23, 2005, I filed the attached document by means of the Court's electronic filing system. Opposing counsel and others may access the filing through the Court's system.

s/Kyle Chadwick