# In the United States Court of Federal Claims

No. 99-121C
(Filed May 23, 2005)

*************************
FORD MOTOR COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************

**ORDER**

On May 23, 2005, Defendant's Unopposed Motion for One-Day Enlargement of Time was filed. Defendant requests an enlargement to and including May 24, 2005, for the parties to submit their joint status report in accordance with the Order dated April 22, 2005.

Accordingly, it is **ORDERED** that defendant's motion, filed May 23, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge