IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FORD MOTOR COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 99-121C<br>(Senior Judge Merow) |

JOINT STATUS REPORT

Pursuant to the Court's order dated April 22, 2005, the parties, Ford Motor Company and the United States, respectfully submit this joint status report.

The Defense Contract Audit Agency ("DCAA") has completed its review of the cost information that Ford has submitted and is preparing a final report, which is expected no later than June 1, 2005. Accordingly, the parties respectfully propose that, on or before June 8, 2005, counsel for the Government shall provide the written determination required by ordering paragraph 1(c) of the Court's order dated January 22, 2005; and that the parties shall file a status report, recommending further proceedings before the Court, on or before June 10, 2005.

Respectfully submitted,

s/Charles J. Cooper
Charles J. Cooper
Vincent J. Colatriano
Michael Kirk
Cooper & Kirk, PLLC
Suite 200
1500 K Street, N.W.
Washington, D.C. 20005
Phone: 202-220-9600
Fax: 202-220-9601

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

May 24, 2005