# In the United States Court of Federal Claims

No. 99-121C
(Filed May 24, 2005)

**************************
FORD MOTOR COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
**************************

## ORDER

On May 24, 2005, parties' Joint Status Report was filed. In the status report, parties "propose that, on or before June 8, 2005, counsel for the Government shall provide the written determination required by the ordering paragraph 1(c) of the Court's order dated January 22 [sic], 2005"; and further propose that parties shall file a status report, recommending further proceedings on or before June 10, 2005.

Accordingly, it is **ORDERED** that the proposals of the Joint Status Report, filed May 24, 2005, are **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge