IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FORD MOTOR COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 99-121C<br>(Judge Merow) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR SUBMISSION OF PROPOSED PRE-TRIAL SCHEDULE**

Plaintiff Ford Motor Company hereby respectfully moves for an eleven-day extension of the deadline set in the Court's Order of June 17, 2005 ("Order") for the submission of a proposed pre-trial schedule. Counsel for Defendant has informed counsel for Plaintiff that Defendant does not oppose this motion. In support of this motion, Plaintiff states as follows:

The Order directs counsel to "confer with a view toward reaching agreement on a schedule for the exchanges and submissions required by ¶s 13-18, RCFC Appendix A," and further directs counsel to confer about a possible agreement for the production by Plaintiff of certain "'payment' documents". The Order also requires counsel to file, "[o]n or before July 15, 2005," a proposed schedule or schedules "for the exchanges and submissions required by ¶s 13-18, RCFC Appendix A," as well as information pertaining to the scheduling of a pretrial conference and trial.

Counsel for the parties have engaged in preliminary discussions regarding certain of the topics outlined in the Order, but those discussions have been delayed by the fact that since late June, Plaintiff's counsel have been involved in a bench trial before the United States District Court for the Middle District of Tennessee. While that trial was originally scheduled to end in early July, it is still ongoing, and the parties to that trial currently expect the trial to continue through the week of July 11-15 and into the week of July 18-22. Plaintiff therefore needs some additional time to complete the discussions and prepare the submissions required under the Order. Plaintiff has not previously sought an extension of the deadline set by the Order.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant an eleven-day extension, through and including July 26, 2005, of the deadline set by the Order.

Respectfully submitted,

s/Charles J. Cooper
Charles J. Cooper
Counsel of Record

Michael W. Kirk
Vincent J. Colatriano
Cooper & Kirk, PLLC
Suite 200
1500 K Street, N.W.
Washington, D.C. 20005
Phone: 202-220-9600
Fax: 202-220-9601

Attorneys for Plaintiff

July 13, 2005

CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Court's Electronic Case Management System, the foregoing document was served electronically by the court upon the following on this 13th day of July, 2005:

Kyle Chadwick, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn.: Classification Unit, 8th Floor
Washington, D.C. 20530

s/Charles J. Cooper
Charles J. Cooper
Counsel of Record

Cooper & Kirk, PLLC
Suite 200
1500 K Street, N.W.
Washington, D.C. 20005
Phone: 202-220-9600
Fax: 202-220-9601