# In the United States Court of Federal Claims

No. 99-121C
(Filed July 14, 2005)

*************************
FORD MOTOR COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************

**CORRECTED ORDER**

Plaintiff's Unopposed Motion for Extension of Deadline for Submission of Proposed Pre-Trial Schedule was filed. **Plaintiff** requests an enlargement to and including July 26, 2005, within which to file proposed pre-trial schedule(s).

Accordingly, it is **ORDERED** that **plaintiff's** motion, filed July 13, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge