IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FORD MOTOR COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 99-121C<br>(Judge Merow) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION FOR DISCOVERY**

Plaintiff Ford Motor Company hereby respectfully moves for an eight-day extension of the deadline for the Plaintiff's response to Defendant's Motion for Discovery. Counsel for Defendant has informed counsel for Plaintiff that Defendant does not oppose this motion. In support of this motion, Plaintiff states as follows:

1. Defendant electronically filed its Motion for Discovery on July 25, 2005. Pursuant to RCFC 6(e) and 7.2(a), Plaintiff's response is due on August 11, 2005.

2. Due to a scheduling conflict affecting counsel for Plaintiff, and the unavailability of one or more persons who may submit affidavits or declarations in connection with Plaintiff's response to Defendant's motion, Plaintiff needs additional time to complete its response.

3. Plaintiff has not previously sought an extension of the deadline for the filing of its response.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant an eight-day extension, through and including August 19, 2005, of the deadline for its response to Defendant's Motion for Discovery.

Respectfully submitted,

s/Charles J. Cooper
Charles J. Cooper
Counsel of Record

Michael W. Kirk
Vincent J. Colatriano
Cooper & Kirk, PLLC
Suite 200
1500 K Street, N.W.
Washington, D.C. 20005
Phone: 202-220-9600
Fax: 202-220-9601

Attorneys for Plaintiff

August 9, 2005

CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Court's Electronic Case Management System, the foregoing document was served electronically by the court upon the following on this 9th day of August, 2005:

Kyle Chadwick, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn.: Classification Unit, 8th Floor
Washington, D.C. 20530

s/Charles J. Cooper
Charles J. Cooper
Counsel of Record

Cooper & Kirk, PLLC
Suite 200
1500 K Street, N.W.
Washington, D.C. 20005
Phone: 202-220-9600
Fax: 202-220-9601