# In the United States Court of Federal Claims

No. 99-121C
(Filed August 10, 2005)

*************************
FORD MOTOR COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************

**ORDER**

On August 9, 2005, Plaintiff's Unopposed Motion for Extension of Deadline for Response to Defendant's Motion for Discovery was filed. Plaintiff requests an extension, to and including August 19, 2005, within which to respond to Defendant's Motion for Discovery.

Accordingly, it is **ORDERED** that plaintiff's motion, filed August 9, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge