# Attachment 2

**U.S. Department of Justice**

Civil Division

PDK:DMC:KChadwick
DJ No. 154-99-121

Tele: (202) 305-7562
Fax: (202) 305-7644

*Washington, D.C. 20530*

June 29, 2005

BY FACSIMILE AND MAIL

Charles J. Cooper
Cooper & Kirk, PLLC
1500 K Street, N.W., Suite 200
Washington, D.C. 20005

Re: Ford Motor Co. v. United States,
No. 99-121C (Fed. Cl.)

Dear Mr. Cooper:

This is the Government's effort to confer, in accordance with the court's June 17, 2005 order, "concerning a possible agreement . . . for plaintiff to produce enough 'payment' documents, such as cancelled checks and bank records, to permit reasonable verification activity by defendant, at least on a sampling basis . . . ." To the extent that we do not obtain the necessary evidence, we anticipate filing a motion for discovery, pursuant to ordering paragraph 3 of the June 17 order. Counsel for the Air Force and I hope that such a motion will be unnecessary, however, and we believe that there is a strong likelihood that the case can be resolved amicably before trial, if Ford will supply the information discussed below.

For the reasons noted in my letter dated June 8, 2005, we need the following:

1. An unredacted copy of the August 15, 2001 Site Exchange Agreement between Ford and General Motors Corporation;

2. Access, for sampling, to true copies of direct evidence, with probative value equal to or greater than that of bank statements, of (i) the claimed payments made by Ford to Dickinson Wright, IT Corporation, and the Willow Run Trust Fund, and (ii) all reimbursements paid to Ford for the above payments; and

3. Sworn responses by a knowledgeable witness or witnesses, in a format to be discussed, to questions concerning (i) the basis of Ford's percentage allocation to this claim of payments made to Dickinson Wright, (ii) the performance history and current status of Ford's contract with IT Corporation, (iii) the creation and activities of the Willow Run Trust Fund, (iv) all payments made to Ford for "overpayments" to the Trust Fund. and (v) the Site Exchange Agreement.

Without restating the points in my June 8 letter, absent the above evidence, we cannot determine with any confidence the current "balance" of Ford's payments to Dickinson Wright, IT Corporation, the Trust Fund, or, potentially, directly to GM, in connection with the Willow Run investigation and remediation. For that matter, we believe the court would have the same difficulties. I look forward to discussing with you whether the parties can reach an agreement that will allow the Government the appropriate visibility into Ford's costs and advance the efficient resolution of this case.

Very truly yours,

KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch