# Attachment
# 3

## Vince Colatriano

**From:** Sharon R. Newlon [SNewlon@dickinson-wright.com]

**Sent:** Tuesday, June 07, 2005 2:57 PM

**To:** Grogan, Don, Mr, DCAA

**Cc:** Vince Colatriano; khofer@ford.com; Margaret A. Coughlin

**Subject:** Ford Willow Run

Don: Here is a copy of the redacted site exchange agreement between Ford and GM with respect to the overall settlement of Willow Run future site costs. I have redacted only information identifying other sites which were involved in the settlement and costs associated with them. All references to the Willow Run site, including the calculation of future operations and maintenance costs, are included in full. I made an error in my earlier e-mail to you concerning this adjustment. I had suggested an overall settlement cost for the site of $512,305 (at the 7% discount rate used in the settlement). However, as you will see from Attachment B, that figure only accounts for the estimated analytical costs. The total O&M costs for the Willow Run site which were used in the settlement agreement are on Table 5 and include remaining capital costs, present worth O&M costs (not including analytical), estimated analytical costs and estimated discharge costs for a total of $1,190,600. Of that amount, the bomber plant share would be $116,238.28.

Sharon R. Newlon
Dickinson Wright, PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3674
(313) 223-3598

This e-mail message is a confidential communication from the law firm of Dickinson Wright PLLC and may be subject to attorney-client privilege. The information contained in this electronic communication, and any attachments thereto, are privileged and confidential and intended solely for use by the addressee(s). Any other use, dissemination, or copying of this electronic communication is strictly prohibited. If this was erroneously sent to you, please notify the sender immediately and permanently delete the original and any electronic or printed copies of this electronic communication.
snewlon@dickinson-wright.com