# Attachment 4

## Vince Colatriano

**From:** Sharon R. Newlon [SNewlon@dickinson-wright.com]

**Sent:** Wednesday, May 25, 2005 4:28 PM

**To:** Grogan, Don, Mr, DCAA

**Cc:** Vince Colatriano; khofer@ford.com; Margaret A. Coughlin

**Subject:** Ford Willow Run

Don: This e-mail confirms our conversation of this afternoon and provides some additional information with regard to Ford's claim.

1) As we discussed, the Ford plant known as the Bomber Plant was later operated by Kaiser Fraser from 1946 to 1953, and subsequently operated by General Motors from 1953 to the present. Kaiser Fraser's operation was not included in the allocation. The allocation was limited to Ford and General Motors respective shares. It is my understanding that GM has operated the plant as an automotive transmission plant during its ownership.

2) With respect to documentation of Ford payments to the Trust Fund, we have located deposit slips and some checks for the four most recent payments for which you had requested additional documentation. Three of the four deposit slips are accompanied by checks. The fourth is accompanied by a copy of the cover letter from Ford that had accompanied the payment. These copies are attached. I do not believe that we have retained this documentation for the pre-1995 period, but I will continue to review our files.

3) With respect to Ford's direct payments to IT, I have received a Ford printout of those payments, which I am attaching. I will update the excel spreadsheet I had provided earlier as a supplement to the claim, which showed Ford's payment shares for the first half or so of the certificates. I also received from Ford copies of correspondence related to the IT payments, several of which include copies of the payment letters (and checks or check stubs) sent to IT. The payment records reflect some payment errors which were later corrected, so I would prefer to go through the payments with you, so I can explain the errors and how they were corrected. As discussed below, because we have additional records which you had asked to inspect, including cancelled checks, you may wish to come and review documents at our offices. This would also be a good opportunity to review Ford's IT records. However, if you prefer, I can just send them to you.

4) We have been able to retrieve cancelled checks for several of the post-1995 trust fund payments you had identified in your list. These would need to be reviewed at our office. It is my understanding that the 1995 accounting records, as well as those from before 1995, were destroyed pursuant to our document retention policy. For those payments, our internal accounting system ledgers are the best business record for these payments. Though we may not still have original cancelled checks for that time period, we have maintained the invoice copies, many of which include copies of the checks as they were sent out to the contractors. We had provided a sample of those previously, but you are welcome to review them again at our office.

Per our discussion, I will arrange an available room here on Friday in case you are available to review these documents. If you have any questions concerning these materials, please call me or Vince Colatriano.

Sharon R. Newlon
Dickinson Wright, PLLC
(313) 223-3674
snewlon@dickinson-wright.com