# In the United States Court of Federal Claims

No. 99-121C
(Filed October 11, 2005)

**************************
FORD MOTOR COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
**************************

**ORDER**

In accord with the Order, filed September 15, 2005, for *in camera* examination, counsel for plaintiff furnished, by letter, dated September 30, 2005, an unredacted copy of the Site Exchange Agreement, executed August 15, 2001, between Ford Motor Company and General Motors Corporation, plus a copy of the redacted version as previously provided to defendant. Plaintiff also furnished a copy of the full Agreement with redacted portions highlighted.

My examination of the Site Exchange Agreement documents confirms that the redacted portions in the copy made available to defendant's counsel, refer to sites other than the Willow Run Creek Area Site involved in this litigation. As such, the redacted portions lack relevance to the present litigation.

Accordingly, it is **ORDERED** that defendant's request to compel disclosure of the redacted portions of the August 15, 2001 Site Exchange Agreement is **DENIED** and all the documents examined *in camera* shall now be returned to plaintiff's counsel by separate letter.

s/ James F. Merow
James F. Merow
Senior Judge