# In the United States Court of Federal Claims

No. 99-121C

(Filed November 21, 2005 )

*************************

FORD MOTOR COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *

*************************

## ORDER

The proposed schedule set forth in the Joint Status Report, filed November 16, 2005, is approved. Accordingly, it is **ORDERED**:

(1) On or before December 15, 2005, the parties shall conduct the meeting of counsel and make the exchanges contemplated by RCFC Appendix A ¶ 13.

(2) On or before January 17, 2006, plaintiff and defendant shall file Contentions of Fact and Law pursuant to RCFC Appendix A ¶ 14 and the submissions required under RCFC Appendix A ¶¶ 15-16.

(3) A pretrial conference is scheduled to commence at 2:00 p.m. on Tuesday January 24, 2006. with the courtroom location to be posted in the lobby at the National Courts Building, 717 Madison Place, NW, Washington, DC.[1/]

(4) Trial, estimated to consume one week, is scheduled to commence on the morning of February 6, 2006 in a courtroom located at the National Courts Building with the trial times and courtroom number to be discussed at the pretrial conference scheduled by (3).

s/ James F. Merow
James F. Merow
Senior Judge

[1/] If this date is not convenient for counsel please contact Ms. Linda Eddins at 202-357-6613 to provide information on an alternate date(s) that can be scheduled.