**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| FORD MOTOR COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 99-121C<br>(Judge Merow) |

**NOTICE OF CHANGE OF ADDRESS**

Counsel for Plaintiff, Charles J. Cooper, Michael W. Kirk, and Vincent J. Colatriano, and Nicholas A. Oldham of Cooper & Kirk, PLLC, hereby provide notice to the Court and all parties to this action that their mailing address has changed. All telephone, facsimile, and e-mail addresses remain unchanged. The new mailing address is as follows:

Cooper & Kirk, PLLC
555 11th Street N.W.
Suite 750
Washington, D.C. 20004

Respectfully submitted,

s/Charles J. Cooper
Charles J. Cooper
Counsel of Record

Michael W. Kirk
Vincent J. Colatriano
Nicholas A. Oldham
Cooper & Kirk, PLLC
Suite 750
555 Eleventh Street, N.W.
Washington, D.C. 20005
Phone: 202-220-9600
Fax: 202-220-9601

Attorneys for Plaintiff

January 4, 2006

CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Court's Electronic Case Management System, the foregoing document was served electronically by the court upon the following on this 4th day of January, 2006:

Kyle Chadwick, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn.: Classification Unit, 8th Floor
Washington, D.C. 20530

s/Charles J. Cooper