IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 99-121C |
| | ) | (Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
STAY PENDING POTENTIAL SETTLEMENT

Pursuant to Rules 6 and 6.1 of the Court's Rules ("RCFC"), defendant, the United States, respectfully requests the Court to stay pretrial proceedings in this matter. Nicholas Oldham, counsel for Ford Motor Company, states that Ford does not oppose a stay. Pursuant to the Court's order dated November 21, 2005, the parties' pretrial filings pursuant to RCFC Appendix A are due on January 17, 2006. Trial is scheduled for February 6, 2006. However, counsel have agreed in principle upon a settlement proposal which is currently under consideration by the appropriate officials within the Department of Justice. The parties will inform the Court immediately of the acceptance or rejection of the proposal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/
DAVID M. COHEN
Director

OF COUNSEL:

JOHN LAURO
Attorney
Air Force Legal Services
Agency
Arlington, VA

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

January 11, 2006

CERTIFICATE OF FILING

I certify that on January 11, 2006, I filed the attached document by means of the Court's electronic filing system. Opposing counsel and others may access the filing through the Court's system.

s/Kyle Chadwick