# In the United States Court of Federal Claims

No. 99-121C
(Filed January 17, 2006)

*************************
FORD MOTOR COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************

## ORDER

On January 11, 2006, Defendant's Unopposed Motion for Stay Pending Potential Settlement was filed.

Accordingly, it is **ORDERED** that defendant's motion, filed January 11, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge