# In the United States Court of Federal Claims

No. 99-121C
(Filed February 3, 2006 )

*************************
FORD MOTOR COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************

## ORDER

Counsel have provided notification that an agreed resolution of this matter has been reached which obviates a need for trial proceedings.

Accordingly, it is **ORDERED** that:

(1) The trial scheduled for February 6-10, 2006, is hereby cancelled; and

(2) Absent prior dispositive action, counsel shall, on or before March 3, 2006, file a status report(s) indicating the procedure contemplated to obtain the final resolution of this litigation and the estimated time involved.

s/ James F. Merow
James F. Merow
Senior Judge