**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FORD MOTOR COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 99-121C<br>(Judge Merow) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated February 3, 2006, the parties hereby file this Joint Status Report. The parties have entered into a settlement agreement, and the Department of Justice has requested that the Judgment Fund make payment. The parties will file a stipulated dismissal as soon as the Judgment Fund makes the payment.

Respectfully submitted,

s/Charles J. Cooper
Charles J. Cooper
Counsel of Record

Michael W. Kirk
Vincent J. Colatriano
Nicholas A. Oldham
Cooper & Kirk, PLLC
Suite 750
555 Eleventh Street, N.W.
Washington, D.C. 20004
Phone: 202-220-9600
Fax: 202-220-9601

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

March 3, 2006

CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Court's Electronic Case Management System, the foregoing document was served electronically by the court upon the following on this 3d day of March 2006:

Kyle Chadwick, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn.: Classification Unit, 8th Floor
Washington, D.C. 20530

s/ Charles J. Cooper________