**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| FORD MOTOR COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 99-121C<br>(Judge Merow) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated February 3, 2006, the parties hereby file this Joint Status Report. The parties have entered into a settlement agreement, and the Department of Justice has requested that the Judgment Fund make payment. The parties will file a stipulated dismissal as soon as the Judgment Fund makes the payment.

Respectfully submitted,

s/Charles J. Cooper
Charles J. Cooper
Counsel of Record

Michael W. Kirk
Vincent J. Colatriano
Nicholas A. Oldham
Cooper & Kirk, PLLC
Suite 750
555 Eleventh Street, N.W.
Washington, D.C. 20004
Phone: 202-220-9600
Fax: 202-220-9601

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

s/
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

March 3, 2006