IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 99-121C |
| v. | ) | (Judge Merow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Court's Rules, the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

/s Charles J. Cooper
Charles J. Cooper
Counsel of Record

Michael W. Kirk
Vincent J. Colatriano
Nicholas A. Oldham
Cooper & Kirk, PLLC
Suite 750
555 Eleventh Street, N.W.
Washington, D.C. 20004
Telephone: 202-220-9600
Fax: 202-220-9601

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General
s/
DAVID M. COHEN
Director
s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 305-7562

Attorneys for Defendant

April 26, 2006